

# Fourth Court of Appeals
## San Antonio, Texas

July 21, 2017

No. 04-17-00093-CR

Bobby **BORDELON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 16-2517-CV
Honorable William Old, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
               Luz Elena D. Chapa, Justice
               Irene Rios, Justice

Appellant's second motion for findings of fact and conclusions of law and his second motion for extension of time to file the appellant's brief are granted. We suspend the deadlines in this appeal and order the trial court to make findings of fact and conclusions of law and to file them with the trial court clerk by **August 21, 2017.** We further order the trial court clerk to prepare and file a supplemental clerk's record with this court containing the findings of fact and conclusions of law immediately after they are filed by the trial court with the clerk.

Appellant's brief will be due 30 days after the supplemental clerk's record containing the trial court's findings of fact and conclusions of law are filed in this court. No further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of July, 2017.



Luz Estrada
Chief Deputy Clerk